**Dismiss and Opinion Filed July 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00831-CR
### No. 05-15-00832-CR

## ERIK MANUEL ORELLANO, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 363rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F13-57132-W, F15-23717-W

## MEMORANDUM OPINION
Before Francis, Lang-Miers, and Whitehill

Appellant has filed a motion to dismiss the appeals. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeals be **DISMISSED** and this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
150831F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ERIK MANUEL ORELLANO, Appellant

No. 05-15-00831-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 363rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F13-57132-W.
Opinion delivered per curiam before Justices Francis, Lang-Miers, and Whitehill.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered July 23, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

ERIK MANUEL ORELLANO, Appellant

No. 05-15-00832-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 363rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. F15-23717-W.
Opinion delivered per curiam before Justices Francis, Lang-Miers, and Whitehill.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered July 23, 2015.